IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   CRIMINAL ACTION |
| v. | : |
| | :   No. 11-393 |
| WHEELER ZAMICHIELI | : |

**ORDER**

**AND NOW**, this **9th** day of **December, 2011**, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements and the Government's responses thereto, following a hearing conducted on November 21, 2011, and for the reasons provided in this Court's Memorandum dated December 9, 2011, it is hereby **ORDERED** that the motion (Document No. 20) is **GRANTED**.

BY THE COURT:

*/s/ Berle M. Schiller*
**Berle M. Schiller, J.**